1 **MILES L, KAVALLER**
**A PROFESSIONAL LAW CORPORATION**
2 Miles L. Kavaller, Esq. - SBN 73950
Encino Law Center
3 15915 Ventura Boulevard, Penthouse One
Encino, CA 91436
4 Telephone: (818) 728-4821
Facsimile:  (818) 474-7180
5 E-Mail: mkavaler1@earthlink.net

6 Attorney for Plaintiff, **Advantage Freight Network, LLC**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ADVANTAGE FREIGHT NETWORK, LLC, an Illinois limited liability corporation<br><br>            Plaintiff,<br><br>VS.<br><br>JAVIER SANCHEZ d/b/a J. SANCHEZ TRUCKING and CARLOS ORTIZ d/b/a CARLOS ORTIZ TRUCKING<br>            Defendants. | CASE NO. 1:07-CV-00827-LJO-SMS<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF ADVANTAGE FREIGHT NETWORK, LLC FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT JAVIER SANCHEZ.**<br><br>**[Rule 56, F.R. Civ.P.]**<br><br>[Served and Filed concurrently with Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; the Declarations of Trina Grami, Ryan Daube and Miles L. Kavaller and Exhibits In Support Thereof ]<br><br>[Proposed] Order Lodged Concurrently<br><br>**Date : September 10, 2008**<br>**Time: 8:30 A.M.**<br>**Place: Courtroom 4**<br>APPEARANCE BY TELEPHONE |

_____
NOTICE OF MOTION AND MOTION OF PLAINTIFF ADVANTAGE FREIGHT NETWORK, LLC'S FOR PARTIAL SUMMARY JUDGMENT.
1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that on September 10, 2008, at 8:30 a.m. or as soon thereafter as may be heard, in Courtroom 4 of the United States District Court for the Eastern District of California located at 2500 Tulare Street, Fresno, California 93721, Plaintiff, ADVANTAGE FREIGHT NETWORK, LLC ("AFN"), will and hereby does move the Court, the Honorable Lawrence J. O'Neill, United States District Court Judge, for Partial Summary Judgment against Defendant JAVIER SANCHEZ only on Plaintiff's First Claim for damages under the Carmack Amendment.

This Motion is brought pursuant to Rules 56, F.R.Civ. P. and based upon 49 U.S.C. § 14706(a) on the grounds that Defendant JAVIER SANCHEZ is a motor carrier and liable for the actual loss sustained by Plaintiff in the sum of $540,540 for undelivered freight.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities and Statement of Undisputed Facts and Conclusions of Law, the Declarations of Trina Grami, Ryan Daube and Miles L. Kavaller, and Exhibits thereto, served and filed herewith, upon any matter or thing of which the Court may or shall take Judicial Notice, upon the pleadings, and particularly the Answers of Sanchez and Ortiz, and other materials on file in this matter, upon all evidence and argument that may be presented at the hearing hereon, and any other matter the Court deems proper.

///
///
///
///
///

_____
NOTICE OF MOTION AND MOTION OF PLAINTIFF ADVANTAGE FREIGHT NETWORK, LLC'S FOR PARTIAL SUMMARY JUDGMENT.
2

1  Please take further notice that Plaintiff's counsel intends to appear by
2 telephone and is advised by the Court Clerk that this method of appearance is
3 encouraged. Plaintiff's counsel will make all arrangements for a conference call
4 and advise the Court's staff and opposing counsel accordingly.

Dated: July 9, 2008                       Respectfully submitted,

**MILES L. KAVALLER
A PROFESSIONAL LAW CORP.**


By:_____

Miles L. Kavaller, Esq.
Attorney for Plaintiff,
Advantage Freight Network, LLC.

_____
NOTICE OF MOTION AND MOTION OF PLAINTIFF ADVANTAGE FREIGHT NETWORK, LLC'S FOR
PARTIAL SUMMARY JUDGMENT.
3