1  **MILES L, KAVALLER**
   **A PROFESSIONAL LAW CORPORATION**
2  Miles L. Kavaller, Esq. - SBN 73950
   Encino Law Center
3  15915 Ventura Boulevard, Penthouse One
   Encino, CA 91436
4  Telephone: (818) 728-4821
   Facsimile:  (818) 474-7180
5  E-Mail: mkavaler1@earthlink.net

6  Attorney for Plaintiff, **Advantage Freight Network, LLC**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO**

| | |
|---|---|
| ADVANTAGE FREIGHT NETWORK, LLC, an Illinois limited liability corporation<br><br>　　　　　Plaintiff,<br><br>VS.<br><br>JAVIER SANCHEZ d/b/a J. SANCHEZ TRUCKING and CARLOS ORTIZ d/b/a CARLOS ORTIZ TRUCKING<br><br>　　　　　Defendants. | CASE NO. 1:07-CV-00827-LJO-SMS<br><br>**[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFF ADVANTAGE FREIGHT NETWORK, LLC FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT JAVIER SANCHEZ.**<br><br>**Date : 9/10/08**<br>**Time: 8:30 A.M.**<br>**Place: Courtroom 4**<br><br>TELEPHONE APPEARANCE |

On September 10, 2008, the Motion of Plaintiff, ADVANTAGE FREIGHT NETWORK, LLC ("AFN"), for Partial Summary Judgment against Defendant JAVIER SANCHEZ, on Plaintiff's first cause of action under the Carmack Amendment [49 U.S.C. § 14706] ("Motion"), came on regularly for hearing.

After due consideration of the moving, opposing and reply papers,  oral

_____
[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFF ADVANTAGE FREIGHT NETWORK, LLC FOR PARTIAL SUMMARY JUDGMENT.

1

argument of Counsel, and good cause appearing therefor, and there being no genuine issues of material fact, the Court GRANTS the Motion in its entirety, and hereby orders partial summary judgment against Defendant JAVIER SANCHEZ and in favor of Plaintiff, ADVANTAGE FREIGHT NETWORK, LLC, on Plaintiff's first cause of action under the Carmack Amendment [49 U.S.C. § 14706] in the amount of $540,540.00, exclusive of costs.

**IT IS SO ORDERED.**

Dated: _____
Lawrence J. O'Neill
United States District Judge