**MILES L, KAVALLER**
**A PROFESSIONAL LAW CORPORATION**
Miles L. Kavaller, Esq. - SBN 73950
Encino Law Center
15915 Ventura Boulevard, Penthouse One
Encino, CA 91436
Telephone: (818) 728-4821
Facsimile: (818) 474-7180
E-Mail: mkavaler1@earthlink.net

Attorney for Plaintiff, **Advantage Freight Network, LLC**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO**

| | |
|---|---|
| ADVANTAGE FREIGHT NETWORK, LLC, an Illinois limited liability corporation<br><br>Plaintiff,<br><br>VS.<br><br>JAVIER SANCHEZ d/b/a J. SANCHEZ TRUCKING and CARLOS ORTIZ d/b/a CARLOS ORTIZ TRUCKING<br><br>Defendants. | CASE NO. 1:07-CV-00827-LJO-SMS<br><br>**PROOFS OF SERVICE OF MOTION OF PLT. ADVANTAGE FREIGHT NETWORK, LLC FOR PARTIAL SUMMARY JUDGMENT** |

**PROOFS OF SERVICE OF MOTION OF PLT. ADVANTAGE FREIGHT NETWORK, LLC FOR PARTIAL SUMMARY JUDGMENT**.
1

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 15915 Ventura Boulevard, Penthouse One, Encino, CA 91436.

On July 9, 2008 I served the foregoing document(s) described as **NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT, DECLARATIONS AND EXHIBITS, SEPARATE STATEMENT OF UNDISPUTED FACTS, MEMORANDUM OF POINTS AND AUTHORITIES AND PROPOSED ORDER GRANTING MOTION, ETC.** on the interested parties in this action by placing a copy thereof enclosed in a sealed enveloped addressed as follows:

Javier Sanchez
3724 S. Dans Street
Visalia, CA 95330

☐ **BY PERSONAL DELIVERY.** I caused such envelope(s) to be delivered by hand to the offices of the addressee.

X **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at Encino, California. I am "readily familiar" with the practice of this law firm for the collection and processing of documents for mailing with the United States Postal Service, that the documents would be deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to be deposited at the Federal Express drop-off box at 15915 Ventura Boulevard, Encino, CA 91436 for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Encino, California in the ordinary course of business for delivery to the addressee.

X **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☐ **(State)** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on July 9, 2008 at Los Angeles, California.

Miles L. Kavaller

______________________________
Miles L. Kavaller

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 15915 Ventura Boulevard, Penthouse One, Encino, CA 91436.

On July 9, 2008 I served the foregoing document(s) described as **NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT, DECLARATIONS AND EXHIBITS, SEPARATE STATEMENT OF UNDISPUTED FACTS, MEMORANDUM OF POINTS AND AUTHORITIES AND PROPOSED ORDER GRANTING MOTION, ETC.** on the interested parties in this action by:

X **ELECTRONIC FILING AND SERVICE (Live 3.2.1 CM/ECF - U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**)

☐ **BY PERSONAL DELIVERY.** I caused such envelope(s) to be delivered by hand to the offices of the addressee.

☐ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at Encino, California. I am "readily familiar" with the practice of this law firm for the collection and processing of documents for mailing with the United States Postal Service, that the documents would be deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to be deposited at the Federal Express drop-off box at 15915 Ventura Boulevard, Encino, CA 91436 for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Encino, California in the ordinary course of business for delivery to the addressee.

X **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☐ **(State)** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on July 9, 2008 at Los Angeles, California.

Miles L. Kavaller Digitally signed by Miles L. Kavaller DN: cn=Miles L. Kavaller, o=Miles L. Kavaller, a Prof. Law Corp., ou, email=mkavaler1@earthlink.net, c=US Date: 2008.07.09 14:41:40 -07'00'

______________________________
Miles L. Kavaller