# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTAGE FREIGHT NETWORK, | CASE NO. CV-F-07-827-LJO-SMS |
| Plaintiff, | **ORDER TO CONSOLIDATE MOTION HEARINGS AND SET BRIEFING SCHEDULE** |
| v. | |
| JAVIER SANCHEZ and CARLOS ORTIZ, | |
| Defendants. | |
| _____ / | |

Plaintiff Advantage Freight Network ("Advantage Freight") moved for partial summary judgment, pursuant to Fed. R. Civ. P. 56, against defendant Javier Sanchez ("Mr. Sanchez") on July 9, 2008. Mr. Sanchez opposed this motion on August 15, 2008 with a cross-motion for summary judgment. This Court finds these motions suitable for hearing on the same day. Accordingly, this Court:

1. ADVANCES the September 17, 2008 hearing on Mr. Sanchez's cross-motion for summary judgment to September 10, 2008 at 8:30 a.m.;
2. SETS the following briefing schedule for these cross-motions for summary judgment:
    A. Advantage Freight shall file and serve its opposition/reply brief, not to exceed 10 pages, no later than August 27, 2008;
    B. Mr. Sanchez shall file his reply/sur-reply brief, not to exceed 10 pages, no later than September 3, 2008.

IT IS SO ORDERED.

Dated:   **August 19, 2008**         /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE