# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTAGE FREIGHT NETWORK, | CASE NO. CV-F-07-827-LJO-SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| v. | |
| JAVIER SANCHEZ and CARLOS ORTIZ, | |
| Defendants. | |
| _____/ | |

Plaintiffs' counsel informed the Court that the above-captioned case has settled. **In accordance with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be submitted no later than November 12, 2008.**

**All court dates** and any pending motions set in this matter, including the October 2, 2008 pre-trial conference and November 17, 2008 jury trial , are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see Local Rule 16-160 and Local Rule 16-272).

IT IS SO ORDERED.

**Dated:     September 24, 2008**              **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE