# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTAGE FREIGHT NETWORK, | CASE NO. CV-F-07-827-LJO-SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| v. | |
| JAVIER SANCHEZ and CARLOS ORTIZ, | |
| Defendants. | |

On September 24, 2008, Plaintiff's counsel notified the Court that the above-captioned case settled. The Court ordered dispositive documents to be submitted no later than November 12, 2008. No dispositive documents were filed. Instead, Plaintiff filed an "Ex Parte Application" to show that a stipulation for dismissal has been signed by Plaintiff, on November 14, 2008 and Defendant Javier Sanchez,l on November 17, 2008. The stipulation for dismissal lacks Defendant Carlos Ortiz's signature. As defendant Carlos Ortiz is pro se, good cause appears to allow additional time for him to sign the stipulation of dismissal. **Accordingly, the Court orders Plaintiff to file dispositive papers no later than December 8, 2008.**

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see Local Rule 16-160 and Local Rule 16-272).

The Court may also set a mandatory settlement conference, order Mr. Ortiz to the conference, and if he does not appear, strike his answer, and order his default.

IT IS SO ORDERED.

**Dated:   November 24, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1