# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTAGE FREIGHT NETWORK, | CASE NO. CV-F-07-827-LJO-SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| v. | |
| JAVIER SANCHEZ and CARLOS ORTIZ, | |
| Defendants. | |
| _____/ | |

Based on the parties' stipulation for dismissal filed on December 3, 2008 pursuant to Fed. R. Civ. P. 41(a)(1) (Doc. 44), this Court:

1. DISMISSES this entire action with prejudice, each party to bear its or his attorneys' fees and court costs; and
2. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   December 3, 2008**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE

1